IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 JUN -2 AM 11: 14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

REDONNA T. HANNA,

    Petitioner,

VS.                                                                 NO. 05-2018-Ma/V

GLEN TURNER, WARDEN,

    Respondent.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

    Before the court is the respondent's motion, filed May 26, 2005 for enlargement of time in which to file a response to the petition in this matter.

    For good cause shown, the motion is granted. The respondent shall have until July 1, 2005 within which to file a response.

    IT IS SO ORDERED this 2d day of June, 2005.

                                                  SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02018 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Redonna Hanna
HARDEMAN COUNTY CORRECTIONAL FACILITY
286985
P.O. Box 549
Whiteville, TN 38075

Honorable Samuel Mays
US DISTRICT COURT