UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＷＦ D.C.

05 DEC -9 PM 5:36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

REDONNA T. HANNA,

    Petitioner,

v.                                             No. 05-2018-Ma

GLEN TURNER,

    Respondent.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed December 1, 2005.  The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied.  Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 8, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02018 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Redonna Hanna
HARDEMAN COUNTY CORRECTIONAL FACILITY
286985
P.O. Box 549
Whiteville, TN 38075

Honorable Samuel Mays
US DISTRICT COURT